IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN HUGHES, | No. C-12-1276 TEH (PR) |
|     Petitioner, | ORDER EXTENDING TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION |
|     v. | |
| WILLIAM KNIPP, Warden, | |
|     Respondent. | |

On March 14, 2012, Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2).

On March 26, 2012, Petitioner filed an in forma pauperis application, but did not attached the required completed certificate of funds in his prison trust account. Petitioner's in forma

**pauperis application is therefore incomplete. By May 14, 2012, Petitioner must file a Certificate of Funds in Prisoner's Trust Account completed and signed by an authorized officer at the prison, or his action will be dismissed, the file closed, and the entire filing fee will become due immediately.**

**IT IS SO ORDERED.**

**DATED** *4/10/2012*

**THELTON E. HENDERSON
United States District Judge**

G:\PRO-SE\TEH\HC.12\Hughes-12-1276-eot-ifp.wpd

2