IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN HUGHES, | No. C-12-1276 TEH (PR) |
|     Petitioner, | ORDER EXTENDING TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION |
|     v. | |
| WILLIAM KNIPP, Warden, | |
|     Respondent. | |

On March 14, 2012, Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2).

On March 26, 2012, Petitioner filed an in forma pauperis application, but did not attached the required completed certificate of funds in his prison trust account. Petitioner's in forma

1  **pauperis application is therefore incomplete.  By May 14, 2012,**
2  **Petitioner must file a Certificate of Funds in Prisoner's Trust**
3  **Account completed and signed by an authorized officer at the prison,**
4  **or his action will be dismissed, the file closed, and the entire**
5  **filing fee will become due immediately.**
6          **IT IS SO ORDERED.**

8  **DATED**     _4/10/2012_          *(signature)*
                                                    **THELTON E. HENDERSON**
9                                                      **United States District Judge**

14  `G:\PRO-SE\TEH\HC.12\Hughes-12-1276-eot-ifp.wpd`

**United States District Court**
**For the Northern District of California**

2